HB

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | |
| vs. | CIVIL NO. 16-03987 |
| RAYMOND L. MCKNIGHT SR. a/k/a<br>RAYMOND L. MCKINGHT a/k/a<br>RAYMOND MCKNIGHT<br>Defendants | |

FILED
FEB 02 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this **2nd** day of **February**, 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted. Plaintiff shall have until March 3, 2017 to make service upon Defendant.

_____ J.

2/6/17 mal.
McKnight